528

Espenshade, Appellant, *v.* McCorkle.

Argued December 4, 1936.   Before SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Edwin S. Heins,* with him *John V. Espenshade* and *I. Smith Raspin,* for appellant.

*Bryan A. Hermes* and *Nathan Griffith,* for appellee, were not heard.

PER CURIAM, January 11, 1937:
The judgment is affirmed on the opinion of Judge GORDON.